UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| UNITED STATES OF AMERICA, | Case: 1:22-cr-20586 |
|---|---|
| Plaintiff, | Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 11-09-2022 |
| v. | Violations: |
| ADRON LATTLMANE FLOYD, | 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(a)(1) |
| Defendant. | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Delivery of Controlled Substances
### 21 U.S.C. § 841(a)(1) & 841(b)(1)(B)(viii)

On or about October 19, 2022, in the Eastern District of Michigan, Adron Lattlmane Floyd, knowingly and intentionally delivered controlled substances, specifically 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a mixture or substance containing a detectable amount of fentanyl, and a mixture or substance containing a detectable amount of cocaine base, all Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT TWO
## Possession with Intent to Distribute Controlled Substances
## 21 U.S.C. § 841(a)(1) & 841(b)(1)(C)

On or about October 19, 2022, in the Eastern District of Michigan, Adron Lattlmane Floyd, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a mixture or substance containing a detectable amount of fentanyl, and a mixture or substance containing a detectable amount of cocaine, all Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant shall forfeit to the United States: (1) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Dated: November 9, 2022                THIS IS A TRUE BILL

                                       s/Grand Jury Foreperson
                                       GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/Roy R. Kranz
ROY R. KRANZ   (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Roy.Kranz@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    x No

Case: 1:22-cr-20586
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-09-2022

Case Title: USA v. Adron Lattlmane Floyd

County where offense occurred: Isabella

Check One: X Felony    __Misdemeanor    _ Petty

__X__ Indictment/____Information --- **no** prior complaint.
_____ Indictment/____Information --- based upon prior complaint
_____ Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date:  November 9, 2022

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:  P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.